## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLSEN SECURITIES CORPORATION, INC., | * | |
| OSC MANAGEMENT, INC., JASMINE LANE | * | |
| ASSOCIATES, LTD., LANCELOT SQUARE | * | |
| TC-17 ASSOCIATES LIMITED | * | |
| PARTNERSHIP, OLD MAN RIVER, LP, | * | CIVIL ACTON NO. 2:22-cv-02025 |
| ST. ROSE ASSOCIATES, LTD., WILLOW | * | |
| RIDGE ASSOCIATES, LTD., PINE CLIFF | * | |
| TC-17 ASSOCIATES LIMITED | * | |
| PARTNERSHIP, AIRPORT ROAD | * | |
| ASSOCIATES, LTD., COLLEGE TOWNE | * | JUDGE: SUSIE MORGAN |
| PARTNERSHIP, GREEN OAKS | * | |
| ASSOCIATES, LTD., and CEDAR COURT | * | |
| ASSOCIATES, LTD. | * | |
| | * | |
| vs. | * | |
| | * | |
| CERTAIN UNDERWRITERS AT LLOYD'S, | * | MAGISTRATE JUDGE: |
| LONDON, INDIAN HARBOR INSURANCE | * | DONNA PHILLIPS CURRAULT |
| COMPANY, QBE SPECIALTY INSURANCE | * | |
| COMPANY, STEADFAST INSURANCE | * | |
| COMPANY, GENERAL SECURITY | * | |
| INDEMNITY COMPANY OF ARIZONA, | * | |
| UNITED SPECIALTY INSURANCE | * | |
| COMPANY, LEXINGTON | * | |
| INSURANCE COMPANY, SAFETY | * | |
| SPECIALTY INSURANCE COMPANY, | * | |
| HDI GLOBAL SPECIALTY SE, and | * | |
| OLD REPUBLIC UNION INSURANCE | * | |
| COMPANY | * | |

## RULE 7.1 DISCLOSURE

NOW INTO COURT, through undersigned counsel, come Defendants, Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-71981, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Safety Specialty Insurance Company, HDI Global Specialty SE, and Old

Republic Union Insurance Company, who make the following disclosure under Rule 7.1 of the Federal Rules of Civil Procedure:

1.      Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-71981 are comprised of:

      a.      Syndicate 510 is managed by Tokio Marine Kiln Syndicates Limited, whose ultimate parent company is Tokio Marine Holdings, Inc., which is incorporated in Japan. The immediate parent company of Tokio Marine Kiln Syndicates Limited is Tokio Marine Kiln Group Limited, which is registered in England. Tokio Marine & Nichido Insurance Co., Ltd. wholly owns Tokio Marine Underwriting Limited, which participates as a member on Syndicate 510.

      b.      Syndicate 33 is managed by Hiscox Syndicates Limited, which is listed on the London Stock Exchange. Hiscox Syndicates Limited is an indirectly wholly owned subsidiary of Hiscox Ltd., which is incorporated in Bermuda.

      c.      Syndicate 2121 is managed by Argenta Syndicate Management Limited, which is a wholly owned subsidiary of Argenta Holdings Limited, which in turn is wholly owned by Hannover Ruck SE. Talanx AG owns 50.2% of Hannover Re and itself is 79% owned by the ultimate parent, Haftpflichtverband der Deutschen Industrie V.a.G.

      d.      Syndicate 1969 is managed by Apollo Syndicate Management Limited ("ASML"). ASML is a wholly owned subsidiary of Apollo Partners, LLP ("APL"). DCB Ibeson, Metacomet LLC and SAC White are partners of APL.

      e.      Syndicate 2623 is managed by Beazley Furlonge Limited, for which the parent company is Beazley Furlonge Holdings Limited.

f.      Syndicate 727 is managed by S.A. Meacock & Company Limited, which is registered in England.

g.      Syndicate 623 is managed by Beazley Furlonge Limited, for which the parent company is Beasley plc, a publicly traded company on the London Stock Exchange.

h.      Syndicate 2987 is an unincorporated association, the managing agent of which is Brit Syndicates Limited and sole corporate member of which is Brit UW Limited, registered in England, with its principal place of business in London, England.

i.      Syndicate 2003 is an unincorporated association, the managing agent of which is Catlin Underwriters Agencies Limited and the sole corporate member is Catlin Syndicate Limited, which is registered in England and has its principal place of business in London, England and for which the ultimate parent company is AXA XL.

j.      Syndicates 4444 and 1861 are unincorporated associations, the managing agent of which is Canopius Managing Agents Limited which is registered in England and has its principal place of business in London, England and for which the ultimate parent company is Sompo Holdings, Inc.

k.      Syndicate 1886 is an unincorporated association, the managing agent of which is QBE Underwriting Limited which is registered in England and has its principal place of business in London, England and for which the ultimate parent company is QBE Insurance.

l.      Syndicate 5886 is an unincorporated association, the managing agent of which is Asta Managing Agency Limited which is registered in England and has its principal

3

place of business in London, England and for which the parent company is Asta Capital Limited.

m.   Syndicate 1183 is an unincorporated association, the managing agent of which is Talbot Underwriting Limited which is registered in England and has its principal place of business in London, England and for which the ultimate parent company is American International Group, Inc.

n.   Syndicate 1301 is an unincorporated association, the managing agent of which is SGL No. 1 Limited, a UK corporation with its principal place of business in Guildford, Surrey, UK. SGL No. 1 Limited is wholly owned by Shelbourne Group Limited, a UK company, which is itself wholly owned by Kenmare Holdings Ltd., a Bermuda company. Kenmare Holdings Ltd. is wholly owned by Enstar Group Limited, a Bermuda company, the stock of which is traded on the NASDAQ. No publicly held company owns 10% or more of its stock.

o.   Syndicate 2010 is managed by Lancashire Syndicates Limited (LSL). LSL is a wholly owned subsidiary of Cathedral Capital Holdings Limited, which is a wholly owned subsidiary of Cathedral Capital Limited, which in turn is a wholly owned subsidiary of Lancashire Holdings Limited.

p.   Syndicate 609 is managed by Atrium Underwriters Ltd., which is a wholly owned subsidiary of Atrium Underwriting Group Ltd. A majority interest in Atrium Underwriting Group Ltd. is held by Enstar Group Ltd., a publicly traded company.

q.   Syndicate 2988 is managed by Brit Syndicates Limited ("BSL"), a company registered in England and Wales. BSL is a wholly owned subsidiary of Brit

Insurance Holdings Limits which in turn is a subsidiary of Brit Limited. The ultimate parent is Fairfax Financial Holdings Limited.

r.      Syndicate 3268 is owned, in part, by three entities that have more than 10% capitalization of the syndicate and has a publicly owned parent company: (1) Inter Hannover (No. 1) Ltd. is a wholly owned subsidiary of Hannover Ruck SE, a publicly traded company; (2) PartnerRe Corporate Ltd is ultimately a wholly owned subsidiary of PartnerRe Ltd., a publicly traded company, along with its parent company Exor Nederland N.V.; and (3) SCOR Underwriting Limited, a wholly owned subsidiary of SCOR SE a foreign publicly traded company.

s.      Syndicate 1686 is an unincorporated association which is managed by AXIS Corporate Capital UK Limited and AXIS Corporate Capital UK II Limited, which, in turn, are subsidiaries of other AXIS companies. AXIS Capital Holdings Limited is the ultimate parent company. No shareowner owns more than 10% of the stock of AXIS Capital Holdings Limited other than (1) T. Rowe Price which owns 11.5%; and (2) The Vanguard Group, which owns 10.04%.

t.      Syndicate 1856 has no publicly held corporations owning 10% or more of the capitalization of the syndicate.

2.      Indian Harbor Insurance Company is a Delaware corporation with its principal place of business in Stamford, Connecticut and is a direct subsidiary of XL Specialty Insurance Company, also a Delaware corporation with a principal place of business in Stamford, Connecticut. XL Specialty Insurance Company is a wholly owned direct subsidiary of XL Reinsurance of America, Inc., a New York Corporation. Indian Harbor Insurance Company is an indirect subsidiary of X.L. America, Inc. (Delaware), XL Bermuda Ltd. (Bermuda), Exel Holding Limited (Cayman), XLIT

Ltd. (Cayman), and XL Group Ltd. (Bermuda). Case 2:21-cv-02230-JDC-KK The ultimate indirect parent corporation of Indian Harbor Insurance Company is XL Group Ltd., a publicly traded company domiciled in Bermuda and listed on the New York Stock Exchange. No publicly held company owns 10% or more of its stock.

3.      QBE Specialty Insurance Company is a North Dakota corporation with its principal place of business in the state of New York. QBE Specialty Insurance Company is a wholly owned subsidiary of QBE Holdings, Inc., which is wholly owned by QBE Atlantic, LLC, which is wholly owned by QBE Investments (North America), Inc., which is wholly owned by QBE Insurance Holdings Pty. Ltd., which is wholly owned by QBE Insurance Group, Ltd., which is publicly traded on the Australian Securities Exchange.

4.      Steadfast Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99% owned directly by Zurich Insurance Company Ltd., a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company, Ltd. Zurich Insurance Company Ltd. is directly owned by Zurich Insurance Group Ltd., a Swiss corporation. Zurich Insurance Group Ltd. is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

5.      General Security Indemnity Company of Arizona is an Arizona corporation with its principal place of business in the state of New York. It is a wholly owned subsidiary of SCOR Reinsurance Company, Inc. and no other publicly held company owns 10% or more of its stock.

6.     United Specialty Insurance Company is a Delaware corporation with its principal place of business in the state of Texas and is wholly owned by State National Insurance Company, Inc., a privately held Texas corporation.

7.     Lexington Insurance Company is a surplus lines company organized under Delaware law with its principal place of business in Massachusetts.

8.     Safety Specialty Insurance Company is a Missouri corporation whose parent company is Safety National Casualty Corporation, a privately held company. The ultimate holding company is Tokyo Marine Holdings, Inc., which is headquartered in Tokyo, Japan.

9.     HDI Global Specialty SE is held 50.2% by HDI Global SE holds and 49.8% Hannover Re holds 49.8%. Hannover Re trades publicly. Furthermore, Hannover Re and HDI Global SE are part of the Talanx Group, which also trades publicly.

10.     Old Republic Union Insurance Company is an Illinois company with its main office in Chicago, Illinois. Old Republic Union Insurance Company is wholly owned by Old Republic International Corporation, which maintains its headquarters in Chicago, Illinois and is publicly traded.

<div style="margin-left: 40%;">

Respectfully submitted,

**ADAMS HOEFER HOLWADEL, LLC**

/s/ Phillip J. Rew
**BRUCE R. HOEFER, JR. (#6889)**
**D. RUSSELL HOLWADEL (#16975), T.A.**
**PHILLIP J. REW (#25843)**
**HEATHER E. REZNIK (#29175)**
**KYLE M. TRUXILLO (#38920)**
**RICHARD R. STEDMAN, II (#29435)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Phone: (504) 581-2606
Fax: (504) 525-1488

</div>

**Attorneys for Defendants, Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-71981, Indian Harbor Insurance Company, Lexington Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, General Security Indemnity of Arizona, HDI Global Specialty SE, Old Republic Union Insurance, and Safety Specialty Insurance Company**

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via ECF filing, facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first-class postage prepaid on this 29th day of July 2022.

*/s/ Phillip J. Rew*